IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FRANKLIN C. SMITH,**

    *Plaintiff*,

v.                                    Case No.  4:21cv30-MW/MAF

**NANCY PELOSI &**
**FEDERAL BUREAU OF**
**INVESTIGATIONS,**

    *Defendants.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 6. This Court liberally construes Plaintiff's objections as a request for leave to amend his complaint. Ordinarily, leave should be freely granted when a more carefully drafted complaint might state a claim. But this Court is not required to grant leave when amendment would be futile. *See Gary v. U.S. Government*, 540 F. App'x 916, 917-18 (11th Cir. 2013). Here, amendment would be futile as Plaintiff's allegations—that Nancy Pelosi and the FBI willfully and sadistically fabricated charges against Michael Flynn, that U.S. District Court Judge Sullivan convicted Mr. Flynn to "cripple the integrity of our armed forces," and that this caused irreparable "psychological damage to Plaintiff and the

American people," in addition to Plaintiff's apologetics for the breach of the U.S. Capitol on January 6, 2021—are irrational and incredible. Allowing Plaintiff to file an amended complaint would not fix this defect. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED with prejudice** for lack of standing, improper venue, and failure to state a claim upon which relief may be granted." The Clerk shall also close the file.

**SO ORDERED on February 5, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**